IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN FRANKLIN TAYLOR,

    Petitioner,                    No. CIV S-03-477 MCE KJM P

    vs.

TOM L. CAREY, Warden,

    Respondent.                 ORDER

_____/

       Within thirty days of the date of this order, respondent is directed to lodge copies of petitioner's pretrial exhibit A, a copy of the videotaped interview that the court considered in ruling on petitioner's motion to suppress his statements, and People's exhibit 42, a copy of the redacted videotape of petitioner's interview that was played for the jury. See CT 638, 642.

       IT IS SO ORDERED.

DATED: March 14, 2006.

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE

2/tayl0477.rt