1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN FRANKLIN TAYLOR,                    No. 2:03-cv-0477-MCE-KJM-P

12              Petitioner,

13        v.                                  ORDER

14   TOM L. CAREY,

15              Respondent.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20        On February 23, 2007, the magistrate judge filed findings and recommendations herein

21   which were served on the parties and which contained notice to the parties that any objections to

22   the findings and recommendations were to be filed within twenty days.  Neither party has filed

23   objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1

1.  The findings and recommendations filed February 23, 2007, are adopted in full; and

2.  The petition for a writ of habeas corpus is denied.

Dated:  April 12, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2